| U.S. Department of Justice <br> United States Marshals Service | PROCESS RECEIPT AND RETURN <br> See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |
|---|---|

| PLAINTIFF <br> Begashaw Ayele | COURT CASE NUMBER <br> 04-12216 RCL |
|---|---|
| DEFENDANT <br> Edward Rzeppa (Manager, Security) | TYPE OF PROCESS |

SERVE  NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
EDWARD RZEPPA — Defendant in His Individual Capacity

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8 Whittier Place, Boston, MA. 02114

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Begashaw Ayele
261 O'Callahan Way #816
South Boston, MA 02127

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Edward Rzeppa,
c/o Human Resource office
Allied Security Co. Inc,
1135 Tremont St,
Boston, MA. 02218, Tel: 617-367-4867, 617-859-8448

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Begashaw Ayele  TELEPHONE NUMBER 617 474 9774  DATE 12/20/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin 38 | District to Serve 38 | Signature of Authorized USMS Deputy or Clerk | Date 12/20/04 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 12/28/04    Time 9:44 am

Signature of U.S. Marshal or Deputy

| Service Fee $15 | Total Mileage Charges (including endeavors) $1.04 | Forwarding Fee | Total Charges $46.64 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Begashaw Ayele,
Plaintiff,

V.

Allied Security Company, Inc., et al.
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-12216-RCL

TO: (Name and address of Defendant)

Mr. Edward Rzeppa

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Begashaw Ayele, pro se

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK _____  DATE  12-15-04

(BY) DEPUTY CLERK