UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEGASHAW AYELE,<br><br>    Plaintiff<br><br>v.<br><br>ALLIED SECURITY COMPANY, INC. AND EDWARD RZEPPA<br><br>    Defendants | Civil Action No. 04-12216-RCL |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ALLIED SECURITY LLC

Defendant Allied Security LLC ("Allied") [1] is a corporation organized under the laws of the State of Delaware. The parent company of Allied is Allied Security Holdings LLC. Allied Security Holdings LLC is controlled by entities affiliated with McAndrews and Forbes Holdings, Inc. Further, no publicly held company owns 10% or more of Allied's stock.

Respectfully submitted,

ALLIED SECURITY LLC,
By their attorneys,

/s/ Richard W. Paterniti
Jeffrey S. Brody, BBO# 566032
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

January 18, 2005

---

[1] Improperly identified as Allied Security Company, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on January 18, 2005, a copy of the foregoing was filed electronically with the Court and served by first class mail on Plaintiff Begashaw Ayele, PO Box 230548, Boston, MA 02123.

*Richard W. Patint*
Jackson Lewis LLP