UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEGASHAW AYELE,

    Plaintiff

v.

ALLIED SECURITY COMPANY, INC. AND
EDWARD RZEPPA

    Defendants

Civil Action No. 04-12216-RCL

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Defendant Allied Security LLC[1] ("Allied"), and the undersigned counsel for Defendant, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

    a)    with a view to establishing a budget for the cost of conducting the full course -- and various alternative courses -- of this litigation; and

    b)    to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

/s/ *[signature]*
Allied Security, LLC
Deborah Pecci
Assistant General Counsel

February 9, 2005

COUNSEL FOR DEFENDANT,

/s/ Richard W. Paterniti
Jeffrey S. Brody, BBO# 566032
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

---

[1] Improperly identified as Allied Security Company, Inc.