UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 FEB -9 P 3: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

BEGASHAW AYELE, <u>PRO SE</u>     )
                                 )
              Plaintiff          )
Vs                               )
                                 )    Civ. Action No. 04-CV12216PBS
              Defendant          )
                                 )

## PLAINTIFF'S STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 (f) AND LOCAL RULE 16.1(d)

Pursuant to Fed. R. Civ. P.26(f) and Local Rule 16.1(d) the parties have discussed several issues related to the discovery plan but *did not agree* and, therefore, plaintiff submit the following proposed schedule and filed separately with the court. Some of the reason of plaintiff's disagreement with the defendants' proposed discovery plan is because of conflicting schedule of other court case as well as non court related personal program.

### PLAINTIFF'S PROPOSED DISCOVERY PLAN.

**Please Note:**

Defendant had restated the parties position in the case but plaintiff has not re-stated my claim or position as I have done that in my AMENDED COMPLAINT. For this reason alone, I only have set the dates of discovery plan convenient to me leaving the rest to be decided by the court.

1

February 31, 2005 - Deadline for providing initial disclosure

April 30, 2005   - Deadline for fact discovery

May 31, 2005    - Exchange of Plaintiff's Initial Expert Report

June 30, 2005   - Exchange of Defendant's of Expert Report

July 31, 2005   - Deposition of Defendants' and Plaintiff's experts

August 31, 2005 - Deadline for Dispositive Motion

Sept. 30, 2005  - Deadline for filing Opposition to Dispositive Motion

### **CERTIFICATION**

Plaintiff will submit the required certification under separate cover.

Respectfully Submitted

*[signature]*
Begashaw Ayele
261 O'Callaghan Way #816
South Boston, MA 02127
(617) 474-9774

2