

Representing Management Exclusively in Workplace Law and Related Litigation

| | Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
| --- | --- | --- | --- | --- |
| | 75 Park Plaza | BOSTON, MA | MIAMI, FL | SACRAMENTO, CA |
| | Boston, Massachusetts 02116 | CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA |
| | | DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA |
| | Tel 617 367-0025 | GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT |
| | Fax 617 367-2155 | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| | www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY |

June 15, 2005

Lisa Hourihan
Clerk of Court
United States District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Room 2300
Boston, MA 02210

RE:   Ayele v. Allied Security Company, Inc. and Edward Rzeppa
      United States District Court Civil Action No. 04-12216-RCL

Dear Ms. Hourihan:

The parties in the above matter have agreed to mediate this case before Magistrate Judge Marianne Bowler. The parties, however, would like to schedule this mediation as soon as possible, and if they cannot schedule the mediation in the next few weeks with Magistrate Judge Bowler, they would like to have the case referred to another mediator in the ADR program. Would you kindly let us know if and when Magistrate Judge Bowler is available for this mediation in the next few weeks.

Thank you for your attention to this matter.

Very truly yours,

JACKSON LEWIS LLP

Richard W. Paterniti

RWP/ks
cc:   Begashaw Ayele
      Jeffrey S. Brody