UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEGASHAW AYELE, PRO SE )
)
Plaintiff )
Vs )  CIV. ACTION NO. 04-12216 RCL
)
ALLIED SECURITY CO. INC and )
EDWARD RZEPPA, )
)

## REQUEST FOR REMOVING DOCUMENT FROM DOCKET RECORD

A memorandum of settlement was erroneously filed with this court rather than submitted to the Mediator of the parties in the case. That document should be removed as it was not submitted to the clerk office for docketing.

Respectfully,

Begashaw Ayele  7/13/05

CC:
Richard W. Paterniti
Attorney for defendants
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116