**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| |
|---|
| BEGASHAW AYELE,<br>    Plaintiff<br><br>v.<br><br>ALLIED SECURITY COMPANY, INC. and<br>EDWARD RZEPPA,<br>    Defendants |

Civil Action No. 04-12216-RCL

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), by and between the Plaintiff, Begashaw Ayele, and Defendants Allied Security Company, Inc. and Edward Rzeppa, that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to either party.

Respectfully submitted,

| BEGASHAW AYELE | ALLIED SECURITY COMPANY, INC. and EDWARD RZEPPA<br>By their attorneys, |
|---|---|
| /s/ Begashaw Ayele<br>Begashaw Ayele, *Pro Se*<br>261 O'Callaghan Way, Apt. 816<br>South Boston, MA 02127<br>(617) 474-9774 | /s/ Richard W. Paterniti<br>Jeffrey S. Brody, BBO #566032<br>Richard W. Paterniti, BBO #645170<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

Dated: July __, 2005